UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYDIA GRUBER, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STARION ENERGY, INC.,<br><br>*Defendant.* | No. 3:14-cv-1828-SRU |

## MOTION FOR CLASS CERTIFICATION AND STAY AND SUPPORTING MEMORANDUM

Plaintiff hereby moves for class certification pursuant to Fed. R. Civ. P. 23 and a stay of all briefing and other proceedings in connection therewith pending entry of a Scheduling Order setting a schedule for all briefing and other proceedings concerning class certification. Plaintiff makes this Motion solely for the purpose of avoiding any dispute over whether this case would become moot in the event Defendant files an offer of judgment pursuant to Fed. R. Civ. P. 68. *See, e.g., Mey v. Frontier Communications Corp.*, Case No. 3:13-CV- 1191 (MPS), Ruling on Defendant's Motion to Dismiss (D. Conn. November 18, 2014).

DATED: December 9, 2014      Respectfully submitted,

PLAINTIFF

\s\ Robert A. Izard
By: Robert A. Izard (ct01601)
Seth R. Klein (ct18121)
Nicole A. Veno (ct29373)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
(860) 493-6292

Oral Argument Not Requested

## CERTIFICATE OF SERVICE

I, Robert A. Izard, hereby certify that on this 9th day of December, 2014, I caused a copy of the foregoing document to be hand-delivered to Defendant's agent for service at the following address:

MCR&P Service Corporation
Murtha Cullina LLP
Cityplace 1
185 Asylum Street
Hartford, CT
06103-3469

/s/ Robert A. Izard
Robert A. Izard