UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LYDIA GRUBER, on behalf of herself and all other similarly situated,

                Plaintiff,

- vs -                                      Docket No. 14 CV 1828

STARION ENERGY, INC.,

                Defendant.

---

      Please take Notice, upon the annexed Declaration of Geraldine A. Cheverko, the Memorandum of Law submitted herewith, the Exhibits annexed hereto and all prior pleadings and proceedings heretofore had herein, that the Defendants STARION ENERGY, INC. by their attorneys ECKERT SEAMANS CHERIN & MELLOTT, LLC, hereby move before the Hon. Stefan R. Underhill, U.S.D.C.J. at the U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b) and for such other and further relief as this Court deems just and proper.

      Please Take Further Notice that pursuant to Rule 7(a)(1) of the District of Connecticut Local Civil Rules and Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs' opposing affidavits and memoranda shall be served with twenty-one (21) days of the filing of this motion.

Dated: White Plains, New York
January 29, 2015

             ECKERT SEAMANS CHERIN & MELLOTT, LLC


             By: <u>/s/ Geraldine A. Cheverko</u>
             Geraldine A. Cheverko (ct22534)
             Attorneys for Defendant
             100 Pearl Street, 14th Floor
             Hartford, CT 06103
             860-249-7148
             Fax: (914) 949-5424
             gcheverko@eckertseamans.com

To: Robert A. Izard (ct01601)
  ZARD NOBEL LLP
  29 South Main Street , Suite 305
  West Hartford, CT 06107
  (860) 493-6292

  Seth R. Klein (ct18121)
  ZARD NOBEL LLP
  29 South Main Street , Suite 305
  West Hartford, CT 06107
  (860) 493-6292

  Nicole A. Veno (ct29373)
  29 South Main Street , Suite 305
  West Hartford, CT 06107
  (860) 493-6292

  Attorneys for Plaintiffs