-1-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LYDIA GRUBER, on behalf of herself and all other similarly situated,

                          Plaintiff,

   - vs -                                           Docket No. 14 CV 1828

STARION ENERGY, INC.,

                          Defendant.

---

      Please take Notice, upon the annexed Declaration of Geraldine A. Cheverko, the Memorandum of Law submitted herewith, the Exhibits annexed hereto and all prior pleadings and proceedings heretofore had herein, that the Defendants STARION ENERGY, INC. by their attorneys ECKERT SEAMANS CHERIN & MELLOTT, LLC, hereby move before the Hon. Stefan R. Underhill, U.S.D.C.J. at the U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b) and for such other and further relief as this Court deems just and proper.

      Please Take Further Notice that pursuant to Rule 7(a)(1) of the District of Connecticut Local Civil Rules and Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs' opposing affidavits and memoranda shall be served with twenty-one (21) days of the filing of this motion.

Dated: White Plains, New York
January 29, 2015

                                             ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                             By:  /s/ Geraldine A. Cheverko
                                             Geraldine A. Cheverko (ct22534)
                                             Attorneys for Defendant
                                             100 Pearl Street, 14th Floor
                                             Hartford, CT 06103
                                             860-249-7148
                                             Fax: (914) 949-5424
                                             gcheverko@eckertseamans.com

To: Robert A. Izard (ct01601)
     ZARD NOBEL LLP
     29 South Main Street , Suite 305
     West Hartford, CT 06107
     (860) 493-6292

     Seth R. Klein (ct18121)
     ZARD NOBEL LLP
     29 South Main Street , Suite 305
     West Hartford, CT 06107
     (860) 493-6292

     Nicole A. Veno (ct29373)
     29 South Main Street , Suite 305
     West Hartford, CT 06107
     (860) 493-6292

     Attorneys for Plaintiffs