# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYDIA GRUBER AND LOUISE FERDINAND, on behalf of themselves and all others similarly situated, | : | CIVIL ACTION NO. 3:14-CV-01828 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| STARION ENERGY, INC. | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendant Starion Energy, Inc. ("Starion"), by and through its undersigned counsel, Eckert Seamans Cherin & Mellott, LLC, files the within Motion to Dismiss the Second Amended Complaint and incorporates herein by reference the grounds for dismissal raised in the accompanying Memorandum of Law in Support of Starion's Motion to Dismiss the Second Amended Complaint filed herewith.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ *Keith E. Smith*
    (Admitted *Pro Hac Vice*)
    Charles A. Zdebski, Esquire
    (Admitted *Pro Hac Vice*)
    Two Liberty Place
    50 South 16th Street, 22nd Floor
    Philadelphia, PA 19102
    *Attorneys for Defendant, Starion Energy, Inc.*

Dated:  June 22, 2015.

## ORAL ARGUMENT REQUESTED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 22, 2015, I electronically filed the foregoing document using the CM/ECF system, and that I served the same by electronic filing via ECF, pursuant to the administrative procedures of the United States District Court for the District of Connecticut governing the filing and service by electronic means, upon the following:

Robert A. Izard
Seth R. Klein
Nicole A. Veno
Izard Nobel LLP
29 South Main Street, Suite 305
West Hartford, Connecticut 06107
*Attorneys for Plaintiff Lydia Gruber*

*/s/ Keith E. Smith*

M1385932.1