UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lydia Gruber and Louise Ferdinand, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Starion Energy, Inc.,<br><br>Defendant. | Civil Action No. 3:14-cv-01828-SRU |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Nicole A. Veno, counsel of record for Plaintiff Lydia Gruber in this action, hereby moves to withdraw as counsel of record as she is no longer employed by Izard Nobel LLP. Plaintiff Lydia Gruber will continue to be represented by Robert A. Izard and Seth R. Klein of Izard, Kindall & Raab LLP, formerly known as Izard Nobel LLP. A copy of this motion has been sent to Plaintiff.

DATED: July 11, 2016

Respectfully submitted,

By: /s/ Nicole A. Veno
    Nicole A. Veno
    Law Office of Nicole A. Veno, LLC
    573 Hopmeadow Street
    Simsbury, CT 06070
    nveno@venolaw.com
    Telephone: (860) 474-4024
    Facsimile: (860) 717-3207

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2016 a copy of the foregoing was filed electronically through the Court's CM/ECF system, which will serve notice upon all counsel of record.

                               /s/ Nicole A. Veno
                               Nicole A. Veno