IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYDIA GRUBER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 3:14-cv-1828-SRU |
| ) | |
| STARION ENERGY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO DISCLOSE EXPERT REPORTS AND CONDUCT EXPERT DISCOVERY**

Plaintiffs, Lydia Gruber and Louise Ferdinand ("Plaintiffs"), by and through counsel, and Defendant Starion Energy, Inc. ("Starion"), by and though counsel (collectively, the "Parties"), hereby move this Court for the entry of an Order extending the deadlines for disclosure of expert reports and completion of expert discovery in this matter from July 15, 2016, through and including October 17, 2016, both to allow the Parties' experts to thoroughly evaluate the relevant issues and to allow the Parties to attempt to mediate their dispute.

In support of this Motion, the Parties state as follows:

1. Plaintiffs filed their initial Complaint [ECF No. 1] on December 5, 2014, and their Second Amended Complaint [ECF No. 52] on June 1, 2015.

2. On August 13, 2015, the Court heard oral argument on Starion's Motion to Dismiss Plaintiffs' Second Amended Complaint and denied the Motion. Upon oral motion [ECF No. 68], the Court set deadlines in this matter as follows:

   a. February 15, 2016 – Fact Discovery Closes;

   b. July 15, 2016 – Expert Discovery Closes; and

   c. August 31, 2016 – Dispositive Motions Deadline.

3. On February 5, 2016, the Parties filed a joint motion to extend the deadline for fact discovery until April 29, 2016 [ECF No. 75]. The Parties did *not* request an extension of the expert discovery deadline in that motion. The Court granted the Parties' motion on February 9, 2016 [ECF No. 76], and fact discovery (including depositions of each party) has essentially been completed.[1]

4. The Parties now respectfully request an extension of the present July 15, 2016 deadline for expert discovery through and including October 17, 2016. The Parties respectfully submit that good cause exists for this extension.

5. First, the Parties require additional time to allow their experts to thoroughly analyze the pertinent issues. Delays in obtaining certain important data from third parties (now completed), the ongoing discussions between the Parties on a sole remaining fact issue relevant to Plaintiffs' expert report, and the outside commitments of each parties' experts, have rendered the present date impracticable. The Parties have agreed that Plaintiffs will serve their expert report on Defendant no later than July 29, 2016, and the requested extension will allow Defendant sufficient time to prepare its own report and for the Parties to complete all expert depositions and any necessary rebuttal reports.

6. Second, the Parties are discussing parameters for mediation of this dispute. The requested extension will allow the parties sufficient time to conduct such a mediation even as they work to complete expert discovery.

7. The parties also request a shorter extension of the deadline for dispositive motions, from August 31, 2016, through and including November 17, 2016.

---

[1] The parties continue to discuss a single fact discovery issue relevant to Plaintiffs' expert analysis and report, and hope to resolve the issue amicably, as they have other issues that have arisen.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for expert discovery from July 15, 2016, through and including October 17, 2016, and the deadline for dispositive motions from August 31, 2016, through and including November 17, 2016.

**Local Rule 7(b)(3) Statement**

Counsel for both Parties concur in the requested extension. This limitation has previously been altered one (1) time on August 13, 2015. (The Parties did not request, and the Court did not order, an extension of the deadline for expert discovery in the Parties' February 5, 2016 motion concerning fact discovery.)

Respectfully submitted,

| | |
|---|---|
| \s\ Seth R. Klein | \s\ Charles A. Zdebski (SRK with permission) |
| By: Robert A. Izard (ct01601)<br>　　Seth R. Klein (ct18121)<br>　　IZARD KINDALL & RAABE LLP<br>　　29 South Main Street, Suite 305<br>　　West Hartford, CT  06107<br>　　(860) 493-6292<br><br>　　*Attorney for Plaintiffs* | By: Charles A. Zdebski (PHV #07271)<br>　　Keith E. Smith<br>　　Eckert Seamans Cherin & Mellott, LLC<br>　　2 Liberty Place, Suite 2200<br>　　50 S. 16th Street<br>　　Philadelphia, PA  19102<br>　　(215) 851-8400<br><br>　　*Attorney for Defendant,*<br>　　*Starion Energy, Inc.* |

**CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that on this 11th day of July, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document though the court's CM/ECF system.

                                              /s/ Seth R. Klein_____